UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA WELLS, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

DAVIS OIL CO. and
C-STORES, INC.,

    Defendants.
_____/

Case No. 1:22-cv-281

HON. JANE M. BECKERING

## ORDER

This Court having been informed through the filing of the Joint Notice Regarding Facilitation (ECF No. 21) of the parties' agreement to resolve all claims in this matter:

**IT IS HEREBY ORDERED** that a motion to approve the settlement agreement, including the settlement agreement and a proposed order, shall be filed with the Court no later than October 18, 2022.

Dated: September 20, 2022

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge