**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **MELISSA WELLS**, individually, and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>**DAVIS OIL CO.**, a Michigan corporation, and **C-STORES, INC.**, a Michigan corporation,<br><br>                        Defendants. | CIVIL ACTION<br><br>No.: 1:22-cv-00281<br><br>Hon. Jane M. Beckering |

## NOTICE OF FILING CORRECTED EXHIBIT

NOW COME Plaintiffs, by and through their undersigned counsel, and hereby file a corrected **Exhibit 2** in support of the pending Joint Motion for Class Certification and Approval of Settlement (ECF No. 23). The corrected exhibit is attached hereto.

Dated: October 21, 2022

                                              Respectfully Submitted,

                                              */s/ Jesse L. Young*
                                              Jesse L. Young (P72614)
                                              Alana A. Karbal (P82908)
                                              SOMMERS SCHWARTZ, P.C.
                                              One Towne Square, 17th Floor
                                              Southfield, Michigan 48076
                                              Telephone: 248-355-0300
                                              jyoung@sommerspc.com
                                              akarbal@sommerspc.com

                                              *Counsel for Plaintiff, the FLSA Collective, and the putative Rule 23 Class*

1