UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MELISSA WELLS,  and on behalf of all others similarly situated,

    Plaintiff,

v

DAVIS OIL CO. and C-STORES, INC.,

    Defendants.

Case No. 1:22-cv-00281

Hon. Jane M. Beckering

---

| | |
|---|---|
| Jesse L. Young (P72614)<br>Alana A. Karbal (P82908)<br>SOMMER SCHWARTZ, P.C.<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 355-0300<br>jyoung@sommerspc.com<br>akarbal@sommerspc.com | Courtney L. Nichols (P75160)<br>Attorneys for Defendants<br>PLUNKETT COONEY<br>38505 Woodward Avenue, Ste. 100<br>Bloomfield Hills, MI  48304<br>(248)  594-6360<br>cnichols@plunkettcooney.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this matter, by and through their legal counsel of record, hereby consent and stipulate to the entering of the following Order:

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and without additional fees or costs to either party.

Dated: _____November 22, 2022_____

/s/ Jane M. Beckering
Jane M. Beckering
U.S. DISTRICT COURT JUDGE

2

APPROVED AS TO FORM AND CONTENT:


*/s/ Jesse L. Young*  
Jesse L. Young (P72614)  
SOMMERS SCHWARTZ, P.C.  
Attorneys for Plaintiff

*/s/ Courtney L. Nichols*  
Courtney L. Nichols (P75160)  
PLUNKETT COONEY  
Attorneys for Defendants


Dated:  November 21, 2022

Case 1:22-cv-00281-JMB-RSK    ECF No. 28, PageID.435    Filed 11/22/22    Page 2 of 2

2